**Dismissed and Opinion Filed February 18, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01011-CV

### JEFFERSON CAPITAL SYSTEMS, LLC, Appellant
### V.
### SEAN E. GROS, Appellee

**On Appeal from the County Court at Law No. 5
Collin County, Texas
Trial Court Cause No. 005-02857-2013**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Myers, and Justice Evans
Opinion by Justice Myers

By letter dated December 1, 2014, the Court notified appellant that we had received notice from the Collin County Clerk that appellant had not paid or made payment arrangements for the clerk's record. We directed appellant to notify the Court in writing, within ten days, that it had either paid or made payment arrangements for the record or that it had been found indigent and was entitled to proceed without payment. We warned that failure to provide the required documentation would result in dismissal of the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b). Appellant has not responded. We dismiss the appeal for want of prosecution.

/Lana Myers/

LANA MYERS

141011F.P05

JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JEFFERSON CAPITAL SYSTEMS, LLC,
Appellant

No. 05-14-01011-CV     V.

SEAN E. GROS, Appellee

On Appeal from the County Court at Law
No. 5, Collin County, Texas
Trial Court Cause No. 005-02857-2013.
Opinion delivered by Justice Myers, Chief
Justice Wright and Justice Evans
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal for want of prosecution. We **ORDER** that appellee Sean E. Gros recover his costs of this appeal, if any, from appellant Jefferson Capital Systems, LLC.

Judgment entered this 18th day of February, 2015.